# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 4, 2014

## NO. 03-13-00550-CR

**Andrew Nicholas Sheppard, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
### MODIFIED AND, AS MODIFIED, AFFIRMED --
### OPINION BY CHIEF JUSTICE JONES

This is an appeal from the judgment adjudicating guilt signed by the trial court on August 7, 2013. Having reviewed the record and the parties' arguments, the Court holds that there is no error in the trial court's judgment requiring reversal; however, there are clerical errors in the judgment that require correction. Therefore, the Court modifies the judgment adjudicating guilt by: (1) deleting "24 months in State Jail; 70 days jail credit; 1956.00 fine" as the "Terms of Plea Agreement" and substituting "Not Applicable" as the "Terms of Plea Agreement"; (2) deleting "True" as the appellant's "Plea to Motion to Adjudicate" and substituting a plea of "Not True"; (3) deleting the statement that appellant "entered a plea of **True** to the allegations in the motion to revoke" and substituting the statement that appellant "entered a plea of **Not True** to the allegations in the motion to revoke"; (4) striking the provision requiring appellant to pay a fine of

$1,956; and (5) striking the provision requiring appellant to pay restitution.  The judgment, as modified, is affirmed.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.